UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
OCT 30 2014
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 14CR 631 |
| v. | ) | |
| | ) | Violation: Title 18, United States Code, |
| ROBERT FRIED | ) | Sections 2252A(a)(5)(B) and 2252A(b)(2) |

JUDGE RONALD GUZMAN
MAGISTRATE JUDGE FINNEGAN

The UNITED STATES ATTORNEY charges:

On or about May 9, 2013, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

ROBERT FRIED,

defendant herein, knowingly possessed material, namely, an HP laptop computer, bearing serial number 2CE9226PC6, and a Seagate hard drive, bearing serial number 2GE5044J, that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, such image having been shipped and transported in interstate commerce by any means, including by computer, and such image having been produced using materials that had been shipped and transported in interstate commerce by any means;

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE ALLEGATION

1. The allegations in this information are incorporated here for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2. As a result of his violation of Title 18, United States Code, Section 2252A(a)(5)(B),

ROBERT FRIED,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all right, title and interest defendant has in any matter which contains visual depictions described in Title 18, United States Code, Section 2252A; and any and all property, real or personal, used or intended to be used to commit and to promote the commission of the such offense.

3. The interests of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 2253 include, but are not limited to, one HP laptop computer, bearing serial number 2CE9226PC6, and one Seagate hard drive, bearing serial number 2GE5044J.

All pursuant to Title 18, United States Code, Section 2253.

_____
UNITED STATES ATTORNEY  BY C.K.V.