IS

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

United States of America

v.

Robert Fried

Case No: 14CR 631 - 1
Judge: Ronald A. Guzman

## ORDER

Initial appearance. Defendant Robert Fried self surrenders on 11/18/2014. Retained counsel, Jerry G. Silbert appears on behalf of the defendant. Arraignment held and bond hearing held. Defendant admonishment in open court and a Waiver of Indictment executed. The defendant is advised of the charges and maximum penalties. The court finds the defendant competent to enter a plea of guilty. The defendant is advised of and waives his various trial and appellate rights as discussed in court. The court finds a factual basis for the plea and that the plea is knowing and voluntary. Plea Agreement executed in open court. The defendant enters a plea of guilty to Count One of the Information. A finding of guilt is entered on defendant's plea of guilty. This cause is referred to the Probation Office for a presentence investigation. Sentencing is set for 2/24/2015 at 2:00 p.m. The defendant may file a sentencing memorandum, including any objections to the presentence investigation report, by 2/10/20/15, and the government may respond by 2/17/2015. The defendant is released on a $4500.00 Own Recognizance Bond. Enter Order Setting Conditions of Release. As discussed in open court, the pretrial service officer shall submit to the court an additional report.

Date: November 18, 2014

/s/ Ronald A. Guzman
United States District Court Judge