15

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| USA, Plaintiff(s), v. Robert Fried, Defendant(s). | Case No. 14 CR 631-1<br>Judge Ronald A. Guzman |
|---|---|

## ORDER

Govenrment's motion for a rule to show cause hearing [18] is granted. Show cause hearing held. Pursuant to Pretrial Services violation report filed 5/29/2015 [doc. 17], the Court enters a finding of violation of defendant's conditions of pretrial release as to the condition that he have no contact whatsoever with any individual under the age of 18 years. It is hereby ordered that defendant's bond is revoked and orders him to surrender to the U.S. Marshal and be detained pending the sentencing date set for July 9, 2015 at 10:30 A.M.

Date: 6/4/2015

Ronald A. Guzman, U.S. District Court Judge